# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE STATUS OF DEFENSE** |
| | ) | **COUNSEL AND SCHEDULING OF** |
| vs. | ) | **ARRAIGNMENT** |
| | ) | |
| Gary Ray Foote, Jr., | ) | Case No. 4:13-cr-066-17 |
| | ) | |
| Defendant. | ) | |

When making his initial appearance on May 14, 2015, defendant requested the court to appoint counsel to represent him in this matter. The court reviewed defendant's financial affidavit and at his detention hearing on May 15, 2015, advised him that did not qualify for representation under 18 U.S.C. § 3006A. More than one month has since lapsed. No counsel has entered an appearance on defendant's behalf. When the Pretrial Services Office has contacted defendant to inquire about his intent on retaining counsel, he has simply advised that his search for an attorney is ongoing.

If defendant is going to retain counsel, he should do so promptly. Defendant's arraignment, which the court has twice postponed, shall be rescheduled for June 29, 2015, at 1:00 p.m. at the U.S. Courthouse in Bismarck (courtroom #2) before the undersigned.

**IT IS SO ORDERED.**

Dated this 22nd day of June, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court