**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR ISSUANCE OF** |
| | ) | **ARREST WARRANT** |
| vs. | ) | |
| | ) | |
| Gary Ray Foote, Jr., | ) | |
| | ) | Case No: 4:13-cr-066 |
| Defendant. | ) | |

The court set Defendant Gary Ray Foote, Jr.'s arraignment for June 29, 2015. Defendant failed to appear. Defendant has also failed to report to the Pretrial Services Officer as required by his conditions of release.

Due to Defendant's failure to appear and his failure to report to the Pretrial Services Officer, the court **ORDERS** that a warrant for Defendant's arrest shall be issued.

Dated this 29th day of June, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge